# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| GRACE ZUCKER, | CASE NO. 3:21-CV-00082 |
| Plaintiff, | DISTRICT JUDGE MICHAEL J. NEWMAN |
| v. | |
| FASTENAL COMPANY, | MAGISTRATE JUDGE PETER B. SILVAIN, JR. |
| Defendant. | **JOINT NOTICE OF TENTATIVE RESOLUTION** |

Plaintiff Grace Zucker and Defendant Fastenal Company, by and through counsel, hereby give notice to the Court that they have reached a tentative resolution in the captioned matter and anticipate filing a formal stipulation of dismissal within thirty (30) days.

| | |
|---|---|
| /s/ Jason P. Matthews (per 5/13/2021 email consent) | /s/ Robert C. Petrulis |
| Jason P. Matthews (0073144) | Robert C. Petrulis (0040947) |
| Matthew C. Schultz (0080142) | Andrew S. Haring (0087213) |
| Jason P. Matthews, LLC | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. |
| 130 West Second Street | 127 Public Square, Suite 4100 |
| Suite 924 | Cleveland, OH 44114 |
| Dayton, OH 45402 | 216-241-6100 |
| 937-608-4368 | 216-357-4733 (FAX) |
| 888-577-3589 (FAX) | robert.petrulis@ogletree.com |
| jason@daytonemploymentlawyers.com | andrew.haring@ogletree.com |
| matt@daytonemploymentlawyers.com | |
| | *One of the Attorneys for Defendant Fastenal Company* |
| *Attorneys for Plaintiff Grace Zucker* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 13, 2021, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system, including the following:

Jason P. Matthews
Matthew C. Schultz, Esq.
Jason P. Matthews, LLC
130 West Second Street
Suite 924
Dayton, OH 45402
jason@daytonemploymentlawyers.com
matt@daytonemploymentlawyers.com

*Attorneys for Plaintiff Grace Zucker*

/s/ Robert C. Petrulis
*One of the Attorneys for Defendant Fastenal Company*

47125031.1